UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                           No. C 10-131 MHP (pr)

RICKARD DENNIS ANDERSON,                              **ORDER OF DISMISSAL**

        Plaintiff.
_____/

      On January 11, 2010, mail was sent from the court to plaintiff at the address he provided and was returned undelivered on February 2, 2010, marked "return to sender - addressee unknown" and "not in custody." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail. This action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a). The clerk shall close the file.

      IT IS SO ORDERED.

Dated: April 5, 2010                                                     _____
                                                                  Marilyn Hall Patel
                                                                  United States District Judge